United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 14, 2006**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 05-30330

BEVERLY ANN NASH,

Plaintiff-Appellant,

VERSUS

RAY L. BELTON; SOUTHERN UNIVERSITY SYSTEM; JOHN DOES, 1-50;
BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND
AGRICULTURAL AND MECHANICAL COLLEGE,

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Louisiana
5:03-CV-8-12

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.